UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CONTRERAS,<br><br>Plaintiff,<br><br>v.<br><br>B. MENDOZA, et al.,<br><br>Defendants. | No. 1:25-cv-01157-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>Doc. 6 |

Plaintiff Jorge Contreras, an inmate at the Madera County Jail when this case was filed on September 8, 2025, proceeds pro se in this civil rights lawsuit filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Upon the docketing of the complaint, on September 19, 2025, the assigned magistrate judge issued an order directing plaintiff to either submit an application to proceed in forma pauperis ("IFP") or pay the $405.00 filing fee within 45 days.  Doc. 3.  The order warned plaintiff that failure to comply with the order would result in a recommendation that the case be dismissed.

1

*Id.* Plaintiff did not file an application to proceed in forma pauperis or pay the filing fee. *See* Docket.

On November 18, 2025, the assigned magistrate judge issued findings and recommendations, recommending dismissal based on plaintiff's failure to pay the filing fee or file an IFP application, failure to prosecute this case, and failure to comply with court orders. Doc. 6. On December 2, 2025, plaintiff filed objections to the findings and recommendations. Doc. 7. The magistrate judge granted plaintiff an additional opportunity to submit an IFP application or pay the filing fee, ordered the Clerk of Court to send plaintiff another IFP application, and ordered plaintiff to submit the completed and signed IFP application or pay the filing fee within 30 days. Doc. 8 at 2. The magistrate judge noted that no further extension would be granted without a showing of good cause and that the failure to comply with the order would result in dismissal of this action. *Id.* Plaintiff has not paid the filing fee, submitted an IFP application, or otherwise communicated with the Court, and the deadline for him to do so has expired. *See* docket.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued November 18, 2025, Doc. 6, are adopted in full;

2. The action is dismissed without prejudice for plaintiff's failure to pay the filing fee or file an IFP application, failure to prosecute, and failure to obey a court order; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   January 25, 2026   _____

UNITED STATES DISTRICT JUDGE

2